195 So.2d 644

Juanita Breaux MECHE, Individually
and as Tutrix, etc.

v.

FARMERS DRIER & STORAGE COM-
PANY, Inc., et al.

No. 48590.

March 10, 1967.

In re: Juanita Breaux Meche, Individual-
ly and as Tutrix, etc., applying for certi-
orari, or writ of review, to the Court of
Appeal, Third Circuit, Parish of St. Landry.
193 So.2d 807.

Writ refused. On the facts found by the
Court of Appeal there appears no error of
law in its judgment.

■

195 So.2d 644

Paul R. ROY

v.

William B. SWAYZE, Jr., et al.

No. 48591.

March 10, 1967.

In re: Paul R. Roy applying for certi-
orari, or writ of review, to the Court of
Appeal, First Circuit, Parish of East Baton
Rouge. 194 So.2d 109.

Writ refused. No error of law under the
facts found by the Court of Appeal.